BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. F MC 12-0002 |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| APPROXIMATELY $23,462.20 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 12699-69713, HELD IN THE NAME OF BALJIT SINGH dba CFS, and | |
| APPROXIMATELY $3,481.17 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 12697-18687, HELD IN THE NAME OF SHARANJIT KAUR dba CONSUMER CREDIT REPAIR, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and Claimants Baljit Singh and Sharanjit Kaur, (hereafter "Claimants"), by and through their respective attorney, as follows:

1. On or about October 27, 2011, Claimants filed claims, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation ("FBI") with respect to the approximately $23,462.20 in U.S. Currency seized from Bank of America Account Number

12699-69713 held in the name of Baljit Singh dba CFS, and approximately $3,481.17 in U.S. Currency seized from Bank of America Account Number 12697-18687 held in the name of Sharanjit Kaur dba Consumer Credit Repair (collectively the "defendant funds"), which were seized on or about July 29, 2011.

2. The FBI has sent the written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person(s) other than the Claimants have filed claims to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 25, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an

///
///
///
///
///
///
///
///

indictment alleging that the defendant funds is subject to forfeiture shall be extended to April 25, 2012.

Dated: January  23 , 2012           BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Heather Mardel Jones
                                    HEATHER MARDEL JONES
                                    Assistant United States Attorney


Dated: January 23 , 2012            /s/ Roger Nuttal
                                    ROGER NUTTAL
                                    Attorney for Claimants
                                    Baljit Singh and Sharanjit Kaur

                                    (orignal signature retained by attorney)

    IT IS SO ORDERED.

**Dated:    January 24, 2012**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

3   Stipulation and Order Extending United States' Time to File