```
BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $23,462.20 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 12699-69713, HELD IN THE NAME OF BALJIT SINGH dba CFS, and <br><br> APPROXIMATELY $3,481.17 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 12697-18687, HELD IN THE NAME OF SHARANJIT KAUR dba CONSUMER CREDIT REPAIR, <br><br> Defendants. | Case No. 1:12-MC-00002-LJO <br><br> **SECOND STIPULATION AND PROPOSED ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimants Baljit Singh and Sharanjit Kaur, (hereafter "Claimants"), by and through their respective attorney, as follows:

1. On or about October 27, 2011, Claimants filed claims, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation ("FBI") with respect to the approximately $23,462.20 in U.S. Currency seized from Bank of America Account Number

1  12699-69713 held in the name of Baljit Singh dba CFS, and approximately $3,481.17 in U.S. Currency seized from Bank of America Account Number 12697-18687 held in the name of Sharanjit Kaur dba Consumer Credit Repair (collectively the "defendant funds"), which were seized on or about July 29, 2011.

2.  The FBI has sent the written notice of intent to forfeit as required by 21 U.S.C. § 881 to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person(s) other than the Claimants have filed claims to the defendant funds as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties entered into a stipulation and obtained a court order extending the initial time in which the United States was required to file a complaint to April 25, 2012.

5.  As that time is approaching, and given that the parties again wish by agreement to extend to July 25, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds is subject to forfeiture.

6.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an

///
///
///
///

2  Second Stipulation and Proposed Order Extending United States' Time to File

indictment alleging that the defendant funds is subject to forfeiture shall be extended to July 25, 2012.

Dated: April  23 , 2012          BENJAMIN WAGNER
                                 United States Attorney


                                 /s/ Heather Mardel Jones
                                 HEATHER MARDEL JONES
                                 Assistant United States Attorney


Dated: April  20 , 2012           /s/ Roger Nuttal
                                 ROGER NUTTAL
                                 Attorney for Claimants
                                 Baljit Singh and Sharanjit Kaur

                                 (original signature retained by attorney)

## ORDER

The parties fail to explain the delay for the United States to file a forfeiture complaint or the need for another lengthy extension to do so.  As a courtesy, this Court GRANTS the United States up to June 4, 2012 to file a forfeiture complaint and will grant no further extensions absent good cause.

IT IS SO ORDERED.

**Dated:   April 24, 2012**               /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE