1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for UNITED STATES OF AMERICA

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 1:12-MC-00002-LJO
                                       )
12          Plaintiff,                 )  **SECOND STIPULATION AND**
                                       )  **PROPOSED ORDER EXTENDING THE**
13     v.                              )  **UNITED STATES' TIME TO FILE A**
                                       )  **COMPLAINT FOR FORFEITURE**
14  APPROXIMATELY $23,462.20 IN U.S.   )  **AND/OR TO OBTAIN AN INDICTMENT**
    CURRENCY SEIZED FROM BANK OF       )  **ALLEGING FORFEITURE**
15  AMERICA ACCOUNT NUMBER 12699-      )
    69713, HELD IN THE NAME OF BALJIT  )
16  SINGH dba CFS, and                 )
                                       )
17  APPROXIMATELY $3,481.17 IN U.S.    )
    CURRENCY SEIZED FROM BANK OF       )
18  AMERICA ACCOUNT NUMBER 12697-      )
    18687, HELD IN THE NAME OF         )
19  SHARANJIT KAUR dba CONSUMER        )
    CREDIT REPAIR,                     )
20                                     )
            Defendants.                )
21                                     )
                                       )
22  _____  )

23          It is hereby stipulated by and between the United States of America and Claimants Baljit

24  Singh and Sharanjit Kaur, (hereafter "Claimants"), by and through their respective attorney, as

25  follows:

26          1.      On or about October 27, 2011, Claimants filed claims, in the administrative

27  forfeiture proceeding, with the Federal Bureau of Investigation ("FBI") with respect to the

28  approximately $23,462.20 in U.S. Currency seized from Bank of America Account Number

1    12699-69713 held in the name of Baljit Singh dba CFS, and approximately $3,481.17 in U.S.

2    Currency seized from Bank of America Account Number 12697-18687 held in the name of

3    Sharanjit Kaur dba Consumer Credit Repair (collectively the "defendant funds"), which were

4    seized on or about July 29, 2011.

5          2.      The FBI has sent the written notice of intent to forfeit as required by 21 U.S.C. §

6    881 to all known interested parties.  The time has expired for any person to file a claim to the

7    defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person(s) other than the Claimants

8    have filed claims to the defendant funds as required by law in the administrative forfeiture

9    proceeding.

10         3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint

11   for forfeiture against the defendant funds and/or to obtain an indictment alleging that the

12   defendant funds is subject to forfeiture within 90 days after a claim has been filed in the

13   administrative forfeiture proceedings, unless the court extends the deadline for good cause shown

14   or by agreement of the parties.

15         4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties entered into a stipulation and

16   obtained a court order extending the initial time in which the United States was required to file a

17   complaint to April 25, 2012.

18         5.      As that time is approaching, and given that the parties again wish by agreement to

19   extend to July 25, 2012, the time in which the United States is required to file a civil complaint

20   for forfeiture against the defendant funds and/or to obtain an indictment alleging that the

21   defendant funds is subject to forfeiture.

22         6.      Accordingly, the parties agree that the deadline by which the United States shall

23   be required to file a complaint for forfeiture against the defendant funds and/or to obtain an

24   ///

25   ///

26   ///

27   ///

28

2    Second Stipulation and Proposed Order Extending United States'
     Time to File

indictment alleging that the defendant funds is subject to forfeiture shall be extended to July 25, 2012.

Dated: April __23_, 2012                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Heather Mardel Jones
                                            HEATHER MARDEL JONES
                                            Assistant United States Attorney


Dated: April _20__, 2012                     /s/ Roger Nuttal
                                            ROGER NUTTAL
                                            Attorney for Claimants
                                            Baljit Singh and Sharanjit Kaur

                                            (original signature retained by attorney)

### ORDER

The parties fail to explain the delay for the United States to file a forfeiture complaint or the need for another lengthy extension to do so.  As a courtesy, this Court GRANTS the United States up to June 4, 2012 to file a forfeiture complaint and will grant no further extensions absent good cause.

IT IS SO ORDERED.

**Dated:    April 24, 2012**              _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE

3    Second Stipulation and Proposed Order Extending United States'
     Time to File